No. 84–2008. READING CO. ET AL. *v.* SCHWEITZER ET AL. C. A. 3d Cir. Motions of Penn Central Corp. and Amatex Corp.

for leave to file briefs as *amici curiae* granted. Certiorari denied.